**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JUDITH SMITH,

      Plaintiff,                              CASE NO.:  5:18-CV-00224-JSM-PRL

-VS-

WESTLAKE FINANCIAL SERVICES,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JUDITH SMITH, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JUDITH SMITH, and Defendant, WESTLAKE FINANCIAL SERVICES, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

 

*/s/ John C. Distasio, Esquire*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
JDistasio@ForThePeople.com
LCrouch@ForThePeople.com
CheyenneReed@ ForThePeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 7, 2019, I electronically served the foregoing document

on the following parties or their counsel of record:

Ira Scot Silverstein
Liebler, Gonzalez & Portuondo
Courthouse Tower- 25th Floor
44 West Flagler Street
Miami, FL  33130

/s/ John C. Distasio, Esquire
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
JDistasio@ForThePeople.com
LCrouch@ForThePeople.com
CheyenneReed@ ForThePeople.com
*Attorney for Plaintiff*