**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JUDITH SMITH,

    Plaintiff,

v.                                                       Case No: 5:18-cv-224-Oc-30PRL

WESTLAKE SERVICES, LLC,

    Defendant.

## ORDER

On August 23, 2018, this case was stayed and administratively closed pending arbitration. The Court has been advised via a Notice of Pending Settlement (Dkt. 17) that the above-styled action has been settled. The stay is hereby lifted and the Clerk is directed to reopen the case. Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of May, 2019.

                                                         JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record